UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elliott Holly,

Plaintiff,

vs.

Rick Harry,

Defendant.

Civil 01-1324 JMR/FLN

**O R D E R**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 12, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis [#2] is DENIED; and

2. Petitioner's application for a writ of habeas corpus [#1] is DISMISSED WITHOUT PREJUDICE.

DATED: October 31st, 2001.

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
OCT 31 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS